Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:     (415) 353-0990

Attorneys for City of San Leandro

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MILES, FOR HERSELF AND AS Mother and Guardian of Romelle Brown, Ajani Brown, Jordan Brown, and Jayden Brown; and CHELSEA MILES; PAMELA MILES; and ERIN MILES,<br><br>        Plaintiff,<br><br>vs.<br><br>Oakland and San Leandro Police Officers and Supervisors JOHN/JANE DOEs Nos. 1-25; the CITY OF OAKLAND; and the CITY OF SAN LEANDRO,<br><br>        Defendants. | Case No. 3:15-CV-01799-MMC<br><br>Assigned for all purposes to<br>Senior District Judge Maxine M. Chesney<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT CITY OF SAN LEANDRO'S MOTION TO DISMISS** |

   Defendant City of San Leandro filed on May 27, 2015 its Motion to Dismiss with a hearing date of August 27, 2015. [Docket 16 ]  Following re-assignment the Court ordered the hearing date to be re-set to August 21, 2015. [Docket 19 ]  The plaintiffs, acting by and through their attorney of record, and the defendant City of San Leandro, acting by and through its attorney of record, have met and conferred on the issues raised in the Motion to Dismiss and plaintiffs' counsel has requested more time to analyze the issues and based on that review may therefore amend the complaint in response to the Motion to Dismiss including dismissing some or all of the claims addressed in the Motion to Dismiss.  Counsel for

defendant City of San Leandro agrees more time is necessary to complete this meet and confer process as it may narrow the issues of the case.  The plaintiffs and defendant City of San Leandro therefore stipulate as follows and respectfully request the Court Order this modified briefing schedule.

1. Plaintiffs' opposition brief to the pending Motion to Dismiss to be filed on or before July 8th, 2015, continued from June 10, 2015.

2. Defendant City of San Leandro's reply brief to be filed on or before July 22, 2015.

3. The August 21, 2015 hearing date to remain as Ordered and calendared.

4. If plaintiffs decide to file an amended complaint said decision to be made on or before July 8th, 2015 and any amended complaint to be filed on or before July 22, 2015.

5. Defendant City of San Leandro reserves all of its rights on responding to any amended complaint and any responsive pleading to be filed 21 days after filing of any amended complaint.

Dated:  June 10, 2015                           BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/_____
    Gregory M. Fox
    Attorneys for Defendant
    City of San Leandro

Dated:  June 10, 2015                           LAW OFFICE OF DENNIS CUNNINGHAM

By: /s/_____
    Dennis Cunningham
    Attorneys for Plaintiffs

Good Cause appearing the Stipulation for a modified briefing schedule IS SO ORDERED.

Dated: June 12, 2015                            _____
                                                UNITED STATES DISTRICT JUDGE