DENNIS CUNNINGHAM, Cal. State Bar #112910
BEN ROSENFELD, Cal. State Bar #203845
ATTORNEYS AT LAW
115 ½ Bartlett Street
San Francisco, CA 94110
Tel:    (415) 285-8091
Fax:   (415) 285-8092
denniscunningham@juno.com
ben.rosenfeld@comcast.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MILES, et al.<br><br>              Plaintiffs,<br><br>      v.<br><br>CITY OF OAKLAND, et al.<br><br>              Defendants. | Case No. 3:15-cv-01799-MMC<br><br>PLAINTIFF'S CORRECTED MOTION AND [PROPOSED] ORDER ENLARGING TIME TO FILE AMENDED COMPLAINT OR TO OPPOSE DEFENDANT CITY OF SAN LEANDRO'S MOTION TO DISMISS<br><br>(CIVIL LOCAL RULE 6.3) |

Pursuant to stipulation filed on June 10, 2015, the Court ordered (on June 12, 2015; Dkt. No. 22) that plaintiffs would have until today, July 8, 2015, either to oppose Defendant City of San Leandro's Motion to Dismiss (Dkt. No. 19) or to decide to amend their complaint, upon which such amendment would have to be filed on or before July 22, 2015. The stipulated order also gave San Leandro until July 22, 2015 to reply, but did not change the hearing date of August 21, 2015.

Plaintiffs' decision depends on receiving San Leandro police reports or other documents, either informally or via Rule 26 initial disclosures, presently due to be exchanged on July 15, 2015, and the parties privately agreed to this sequence. (See Declaration of Counsel, attached.) However, defense counsel is presently traveling, cannot access the file, and has not had an

1

opportunity to produce such documents to plaintiffs' counsel. Plaintiffs represent that defense counsel has informed plaintiff's counsel via email sent late on July 7 and received on July 8, 2015: "I am out of the country until next week. I don't have access to the file. If you need more time I am ok with another extension." (See Exhibit A hereto.)

For these reasons, plaintiff respectfully requests that the Court modify the schedule set by the June 12, 2015 stipulated order by advancing the decision and briefing deadlines but still without changing the hearing date, as follows:

1. Plaintiffs opposition brief to the pending Motion to Dismiss to be filed on or before July 31, 2015 continued from July 8, 2015.

2. Defendant City of San Leandro reply brief to be filed on or before August 7, 2015, continued from July 22, 2015.

3. The August 21, 2015 hearing date to remain as Ordered and calendared.

4. If plaintiffs decide to file an amended complaint said decision to be made, and any amended complaint filed, on or before July 22, 2015.

5. Any responsive pleading to be filed 21 days after filing of any amended complaint. Plaintiffs acknowledge that Defendant City of San Leandro reserves all of its rights in responding to any amended complaint.

Respectfully Submitted,

DENNIS CUNNINGHAM
BEN ROSENFELD

DATED: July 8, 2015        By:    /s/ - Ben Rosenfeld
                                  BEN ROSENFELD
                                  Attorney for Plaintiffs

Good Cause appearing, the ~~Stipulation~~ motion for a modified briefing schedule IS ~~SO ORDERED.~~ GRANTED.

Dated: July 15, 2015

_____
UNITED STATES DISTRICT JUDGE