Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990

Attorneys for City of San Leandro

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MILES, FOR HERSELF AND AS Mother and Guardian of Romelle Brown, Ajani Brown, Jordan Brown, and Jayden Brown; and CHELSEA MILES; PAMELA MILES; and ERIN MILES,<br><br>    Plaintiff,<br><br>vs.<br><br>Oakland and San Leandro Police Officers and Supervisors JOHN/JANE DOEs Nos. 1-25; the CITY OF OAKLAND; and the CITY OF SAN LEANDRO,<br><br>    Defendants. | Case No. 3:15-CV-01799-MMC<br><br>Assigned for all purposes to<br>Senior District Judge Maxine M. Chesney<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES AND WITHDRAWING DEFENDANT CITY OF SAN LEANDRO'S MOTION TO DISMISS AND CONTINUING DATE FOR FILING OF SECOND AMENDED COMPLAINT** |

After re-assignment this honorable Court ordered an initial Case Management Conference for Friday, July 24, 2015. Defendant City of San Leandro filed on May 27, 2015 its Motion to Dismiss with a hearing date of August 27, 2015. [Docket 16 ] Following re-assignment the Court ordered the hearing date to be re-set to August 21, 2015. [Docket 19 ] The parties have previously stipulated and the Court has ordered several modifications of the briefing schedule to allow plaintiffs time to consider amending the complaint in response to defendant San Leandro's motion to dismiss or filing an opposition. The plaintiffs, acting by and through their attorney of record, and the defendant City of San Leandro, acting

1

by and through its attorney of record, have met and conferred on the issues raised in the Motion to Dismiss and plaintiffs' counsel has now agreed to file an amended complaint that will resolve several of the issues raised in the motion as follows:

1. Plaintiffs will file the appropriate motion in state superior court or this court establishing a Guardian Ad Litem for the plaintiffs who are minor children.

2. Defendant City of San Leandro will provide the names of the supervisors and officers who allegedly pointed weapons at plaintiffs, detained them without probable cause and unreasonably damaged their apartment. Based on this information plaintiffs will amend the complaint to name these officers as individual defendants in the First Cause of Action for violation of Fourth Amendment rights under 42 USC § 1983. Plaintiffs will dismiss the City of San Leandro from the First Cause of Action for violations of rights under 42 USC § 1983 and from all other federal claims and are not pursing any *Monell* claims against the City of San Leandro.

3. Plaintiffs will dismiss the Second Cause of Action for violation of Fourteenth Amendment equal protection rights under 42 USC § 1983 against the City of San Leandro and its officers;

4. Plaintiffs will dismiss the Third Cause of Action for deprivation of equal benefits under 42 USC § 1981 against the City of San Leandro and its officers;

5. Plaintiffs will dismiss the Fourth Cause of Action for civil conspiracy and cover up under 42 USC § 1985 against the City of San Leandro and its officers

6. Plaintiffs will dismiss the prayer for punitive damages against defendant City of San Leandro.

Based on plaintiffs agreeing to amend the complaint as set forth herein Defendant City of San Leandro withdraws its Motion to Dismiss scheduled for hearing on August 21, 2015;

Plaintiffs will file the amended complaint as soon as practical but given the need for time to obtain court approval of a guardian at litem for the minor plaintiffs said amended complaint will be filed on or before August 21, 2015. If more time is necessary to obtain an order appointing Guardian ad Litem, plaintiffs' counsel will promptly notify the Court and defendants counsel, and each of them.

Defendant City of San Leandro reserves all of its rights on responding to any amended complaint and any responsive pleading to be filed 21 days after filing of any amended complaint.

1  The Case Management Conference now scheduled for Friday July 24, 2015 to be continued to Friday, September 25, 2014 and the parties to file a joint case management conference statement Friday September 18, 2015.  Rule 26 disclosures to be scheduled at the time of the Case Management Conference.

The parties have agreed to ENE and the first phone call with the ENE Evaluator is scheduled for Thursday July 23, 2015.

So Stipulated.

Dated:  July 17, 2015                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  /s/
     Gregory M. Fox
     Attorneys for Defendant
     City of San Leandro

Dated:  July 17, 2015                              LAW OFFICE OF DENNIS CUNNINGHAM

By:  /s/
     Dennis Cunningham
     Ben Rosenfeld
     Attorneys for Plaintiffs

Dated:  July 17, 2015                              Barbara J. Parker City Attorney City of Oakland

By:  /s/
     David A. Perada Deputy City Attorney
     Attorneys for Defendant
     City of  Oakland

3

Stipulation for Order Modifying Briefing Schedule re Motion to Dismiss
Case No.: 4:15-CV-01799-MMC

**ELECTRONIC CASE FILING ATTESTATION**

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: July 17, 2015

/s/ *Gregory M. Fox*
Gregory M. Fox

ORDER

Good Cause appearing the Stipulation is SO ORDERED.

Dated: July 20, 2015

_____
UNITED STATES DISTRICT JUDGE