```
DENNIS CUNNINGHAM (112910)
BEN ROSENFELD (SBN 203845)
LAW OFFICE OF DENNIS CUNNINGHAM
115 ½ Bartlett Street
San Francisco, CA 94110
Tel:   (415) 285-8091
Fax:   (415) 285-8092
denniscunninghamlaw@gmail.com
ben.rosenfeld@comcast.net
```

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The MILES FAMILY: Ms. MONIQUE MILES, for herself and as Mother and Guardian of her minor children, Romelle Brown, Ajani Brown, Jordan Brown, and Jayden Brown; and, CHELSEA MILES, PAMELA MILES and ERIN MILES,<br><br>Plaintiffs,<br><br>vs.<br><br>Oakland Police Officers and Supervisors JOHN/JANE DOEs Nos. 1-15, the CITY OF OAKLAND, CALIFORIA, and San Leandro Police Officers and Supervisors Sgt BRIAN ANTHONY, Sgt BOB SANCHEZ, Sgt CHRIS ALBERT, and JOHN/JANE DOEs Nos. 16-30,<br><br>Defendants. | No. 15-CV-1799-MMC<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN** *Ad Litem* |

   Petitioner MONIQUE MILES, the lead plaintiff in this action she brought with other adult members of her family, and also on behalf of her four minor children, respectfully asks the Court to appoint her as guardian *ad litem* for those children, for all the uses and purposes of the action. In support of her Petition, she declares and states as follows:

   1. That she is the mother of four minor children, Romelle Brown, aged 15, Ajani Brown, 10, Jordan Brown, 5, and Jayden Brown, 4, who all were present with her and other adult relatives when their home was wrongfully entered and searched, and they were all wrongfully

1

held in custody outside, by defendant police officers, in violation of the Fourth Amendment rights of eight plaintiffs in all, in April, 2013, in Oakland.

2. That she brought the within action, along with her own mother, her adult daughter and her adult cousin, in her own right and as mother and 'next friend' of her four minor children, all of whom suffered the deprivation of their rights together; and that she intends to pursue the individual rights of each child in this case, as well her own and those of the whole family.

3. That she is fully qualified to serve in the G.A.L. capacity, and, indeed has done so previously for these children in connection with an auto accident case some years ago; that she understands the obligations involved and accepts them fully.

WHEREFORE, this honorable Court is respectfully requested to accept this Petition on behalf of the four children above-named, along with their mother, to appoint MONIQUE MILES, petitioner, as Guardian *ad Litem* for the four of them for all purposes in this action, and te grant such other and further relief as may be appropriate and just.

DATED: August 21, 2015                                      Respectfully submitted,

                                                                          /S/
                                                            Dennis Cunningham
                                                            Attorney for Plaintiff-Petitioner
                                                            MONIQUE MILES

VERIFICATION AND CONSENT

I, Monique Niles, declare and state that I am the Petitioner and plaintiff herein, that the matters stated above are true and correct, that I am able to, and do hereby agree and consent to become and serve as Guardian *ad Litem* for my children as suggested above, and that I understand and accept the responsibilities that are involved and promise to carry them out.

Subscribed (by proxy) and sworn at Oakland, California this 21st day of August, 2015.

DATED: August 21, 2015                          /S/
                                                Monique Miles

**ATTESTATION**   Pursuant to General Order No. 45, §X(B) regarding signatures, I attest that I obtained the agreement of Monique Miles to the filing of this document as signed by her.

                                                /s/
                                                Dennis Cunningham

**ORDER**

The petition for an Order appointing MONIQUE MILES as Guardian *ad litem* for the four minor children plaintiffs herein is GRANTED.

DATED: August 25, 2015

_____
United States District Judge