| | |
|---|---|
| 1 | Gregory M. Fox, State Bar No. 070876 |
| 2 | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>The Waterfront Building |
| 3 | 2749 Hyde Street<br>San Francisco, California 94109 |
| 4 | Telephone:   (415) 353-0999<br>Facsimile:    (415) 353-0990 |
| 5 | Email:         gfox@bfesf.com |
| 6 | Attorneys for Defendants<br>San Leandro Police Sergeants BRIAN ANTHONY, |
| 7 | BOB SANCHEZ and CHRIS ALBERT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The MILES FAMILY: Ms. MONIQUE MILES, for herself and as Mother and Guardian of her minor children, Romelle Brown, Ajani Brown, Jordan Brown, and Jayden Brown; and, CHELSEA MILES, PAMELA MILES and ERIN MILES,<br><br>        Plaintiffs,<br><br>vs.<br><br>Oakland Police Officers and Supervisors JOHN/JANE DOEs Nos. 1-15, the CITY OF OAKLAND, CALIFORNIA, and San Leandro Police Officers and Supervisors Sgt BRIAN ANTHONY, Sgt BOB SANCHEZ, Sgt CHRIS ALBERT, and JOHN/JANE DOEs Nos. 16-30, | Case No. 3:15-CV-01799-MMC<br><br>Assigned for all purposes to<br>Senior District Judge Maxine M. Chesney<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   The plaintiffs, acting by and through their attorney of record, the defendant City of San Leandro, acting by and through its attorney of record, and the defendant City of Oakland, acting by and through its attorney of record, have met and conferred regarding scheduling issues and have agreed to a continuance of the case management conference as follows:

1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
*Miles. et al. v City of Oakland. et al.* Case No.: 3:15-CV-01799-MMC

1    In the time since this CMC was set by this Court, Defendant City of San Leandro's counsel, Gregory Fox, has had a scheduling conflict arise with an Alameda Superior Court multi-party matter regarding a traumatic brain injury of a young child. The parties in *Dani v City of Fremont, et al.* have extensively met and conferred regarding dates for the parents' depositions and December 4, 2015 was the only day that all the parties were available to proceed on these important depositions.

Therefore, the parties request that the Case Management Conference now scheduled for Friday December 4, 2015 to be continued to Friday, January 8, 2015, so that the parties will file a joint case management conference statement Thursday December 30, 3015.  Rule 26 disclosures were exchanged on November 18, 2015.

The parties have agreed to ENE and the next phone call with the ENE Evaluator is scheduled for December 1, 2015.

Dated:  November 23, 2015          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                   By:  /s/_____
                                        Gregory M. Fox
                                        Attorneys for Defendant
                                        City of San Leandro

Dated:  November 23, 2015          LAW OFFICE OF DENNIS CUNNINGHAM

                                   By:  /s/_____
                                        Dennis Cunningham
                                        Ben Rosenfeld
                                        Attorneys for Plaintiffs

Dated:  November 23, 2015          Barbara J. Parker City Attorney City of Oakland

                                   By:  /s/_____
                                        David A. Perada Deputy City Attorney
                                        Attorneys for Defendant
                                        City of Oakland

**ELECTRONIC CASE FILING ATTESTATION**

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of

these documents has been obtained from each of its Signatories.

Dated: November 23, 2015

/s/ *Gregory M. Fox*
Gregory M. Fox

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 24, 2015

SENIOR DISTRICT JUDGE MAXINE M. CHESNEY

3

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
*Miles. et al. v City of Oakland. et al.* Case No.: 3:15-CV-01799-MMC