IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MILES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 15-1799 MMC<br><br>**ORDER OF DISMISSAL AS TO DEFENDANTS BRIAN ANTHONY, BOB SANCHEZ, AND CHRIS ALBERT** |

　　Plaintiffs and defendants Brian Anthony, Bob Sanchez, and Chris Albert ("the San Leandro defendants") having advised the Court that they have agreed to a settlement of the claims against the San Leandro defendants,

　　IT IS HEREBY ORDERED that plaintiffs' claims alleged against the San Leandro defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated.

　　**IT IS SO ORDERED.**

Dated: January 4, 2016

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge