DENNIS CUNNINGHAM (112910)
BEN ROSENFELD (SBN 203845)
LAW OFFICE OF DENNIS CUNNINGHAM
115 ½ Bartlett Street
San Francisco, CA 94110
Tel:    (415) 285-8091
Fax:    (415) 285-8092
denniscunninghamlaw@gmail.com
ben.rosenfeld@comcast.net

Attorneys for Plaintiffs

BARBARA J. PARKER, City Attorney - SBN 069722
OTIS McGEE, JR., Chief Assistant City Attorney - SBN 71885
DAVID A. PEREDA, Supervising Deputy City Attorney - SBN 237982
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone: (510) 238-4921 (Pereda)
Fax: (510) 238-6500

Attorneys for Defendants
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The MILES FAMILY: Ms. MONIQUE MILES, for herself and as Mother and Guardian of her minor children, Romelle Brown, Ajani Brown, Jordan Brown, and Jayden Brown; and, CHELSEA MILES, PAMELA MILES and ERIN MILES,<br><br>    Plaintiffs,<br><br>vs.<br><br>Oakland Police Officers and Supervisors JOHN/JANE DOEs Nos. 1-15, the CITY OF OAKLAND, CALIFORNIA, and San Leandro Police Officers and Supervisors Sgt BRIAN ANTHONY, Sgt BOB SANCHEZ, Sgt CHRIS ALBERT, and JOHN/JANE DOEs Nos. 16-30, | Case No. 4:15-CV-01799-MMC<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ENE HEARING** |

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING**
*Miles, et al. v City of Oakland, et al.* Case No.: 4:15-CV-01799-MMC

Plaintiffs and the City of Oakland respectfully request that the ENE hearing in this action be continued by two months.  The ENE hearing was previously scheduled for January 6, 2016.

On January 4, 2016, Plaintiffs filed a Notice of Settlement with the San Leandro Defendants. Dkt. No. 52 (Jan. 4, 2016).  Also, Plaintiffs and the City of Oakland are engaging in good-faith settlement discussions and exchanging documents to help facilitate those discussions.  The parties discussed the proposed continuance with the ENE Evaluator.  In addition, the parties are having regular status calls with the Evaluator.

Given these developments, the parties respectfully request that the Court continue the deadline to complete the ENE hearing to March 9, 2016.

Dated:  January 4, 2016              LAW OFFICE OF DENNIS CUNNINGHAM


                                     By:  /s/
                                         Dennis Cunningham
                                         Ben Rosenfeld
                                         Attorneys for Plaintiffs


Dated:  January 4, 2016              Barbara J. Parker City Attorney City of Oakland


                                     By:  /s/
                                         David A. Pereda
                                         Attorneys for Defendant
                                         City of  Oakland


### ELECTRONIC CASE FILING ATTESTATION

I, David Pereda, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING**
*Miles, et al. v City of Oakland, et al.* Case No.: 4:15-CV-01799-MMC

these documents has been obtained from each of its Signatories.

Dated: January 4, 2016                                   /s/ *David Pereda*
                                                        David Pereda

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: January 5, 2016         _____
                               SENIOR DISTRICT JUDGE MAXINE M. CHESNEY

3

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING**
*Miles, et al. v City of Oakland, et al.* Case No.: 4:15-CV-01799-MMC