IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MILES, et al., | No. C-15-1799 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. / | |

Plaintiffs and the City of Oakland having represented to the Court in their Joint Case Management Statement, filed January 4, 2016, that they presently are engaged in good-faith settlement discussions, and the Court having recently approved the parties' stipulation to continue their ENE hearing from January 6, 2016, to March 9, 2016, the Case Management Conference currently scheduled for January 8, 2016, is hereby CONTINUED to April 1, 2016; a Joint Case Management Statement shall be filed no later than March 25, 2016.

**IT IS SO ORDERED.**

Dated: January 5, 2016

_____
MAXINE M. CHESNEY
United States District Judge