Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990
Email:         gfox@bfesf.com

Attorneys for Defendants
San Leandro Police Sergeants BRIAN ANTHONY,
BOB SANCHEZ and CHRIS ALBERT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The MILES FAMILY: Ms. MONIQUE MILES, for herself and as Mother and Guardian of her minor children, Romelle Brown, Ajani Brown, Jordan Brown, and Jayden Brown; and, CHELSEA MILES, PAMELA MILES and ERIN MILES,<br><br>        Plaintiffs,<br><br>vs.<br><br>Oakland Police Officers and Supervisors JOHN/JANE DOEs Nos. 1-15, the CITY OF OAKLAND, CALIFORNIA, and San Leandro Police Officers and Supervisors Sgt BRIAN ANTHONY, Sgt BOB SANCHEZ, Sgt CHRIS ALBERT, and JOHN/JANE DOEs Nos. 16-30, | Case No. 3:15-CV-01799-MMC<br><br>Assigned for all purposes to<br>Senior District Judge Maxine M. Chesney<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CONDITIONAL ORDER OF DISMISSAL AND SETTING BRIEFING SCHEDULE FOR MOTION TO APPROVE MINORS COMPROMISE** |

1  The plaintiffs, acting by and through their attorneys of record, and defendants Brian Anthony, Bob Sanchez, and Chris Albert (the San Leandro defendants), acting by and through their attorneys of record, entered into a settlement of this matter on December 22, 2015 that is not an admission of liability and includes payment by the City of $25,000 to the plaintiffs and their attorneys including all damages, fees and costs and each side to bear their own fees and costs. A formal Settlement Agreement and Release Agreement will be executed by plaintiffs.  The plaintiffs filed a Notice of Settlement between the plaintiffs and the San Leandro defendants on January 4, 2016 (Docket No. 52.)  The Court's Conditional Order of Dismissal was filed on January 4, 2016 (Docket No. 55.)  The Conditional Order required completion of the settlement process on or before March 7, 2016 by payment of the agreed upon consideration for settlement and filing a stipulation for an Order of Dismissal with Prejudice as to the entire action, each side to bear their own fees and costs, as to the plaintiffs and the San Leandro Defendants.

The parties have been cooperating on completing the settlement paperwork but the plaintiffs will need additional time to file their motion for an Order Approving Minors Compromise and said Order is a necessary part of completion of the settlement before the City may pay the agreed upon consideration of settlement.

Therefore, the plaintiffs, acting by and through their attorneys of record, and the San Leandro defendants, acting by and through their attorneys of record, have met and conferred regarding scheduling issues and have agreed to a stipulation for a Continuance of the Conditional Order of Dismissal as follows:

Plaintiffs will file and serve their Motion for an Order Approving Minors Compromise on or before March 25, 2016.  The hearing on plaintiffs' Motion for an Order Approving Minors Compromise will be held on or before April 22, 2016.

The parties further stipulate and request that the time to comply with the Conditional Order of Dismissal be continued to May 20, 2016 which should provide sufficient time for the parties to complete the settlement with payment of the agreed upon consideration of settlement and for the parties to stipulate for an Order of Dismissal with Prejudice of the Entire Action, each side to bear their own fees and costs.

| | |
|---|---|
| Dated: March 3, 2016 | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |
| | |
| | By: _/s/ Gregory M. Fox_ |
| | Gregory M. Fox |
| | Attorneys for Defendants Brian Anthony, |
| | Bob Sanchez, and Chris Albert |
| | |
| Dated: March 3, 2016 | LAW OFFICE OF DENNIS CUNNINGHAM |
| | |
| | By: _/s/ Ben Rosenfeld_ |
| | Dennis Cunningham |
| | Ben Rosenfeld |
| | Attorneys for Plaintiffs |

### ELECTRONIC CASE FILING ATTESTATION

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: March 3, 2016                    /s/ _Gregory M. Fox_
                                        Gregory M. Fox

PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING, THE PROPOSED BRIEFING SCHEUDLE AND CONTINUANCE OF THE ORDER OF CONDITIONAL APPROVAL IS SO ORDERED.

Dated: March 7, 2016                    _[signature]_
                                        SENIOR DISTRICT JUDGE MAXINE M. CHESNEY

3

STIPULATION AND [PROPOSED] ORDER CONTINUING CONDITIONAL ORDER OF DISMISSAL
_Miles. et al. v City of Oakland. et al._ Case No.: 3:15-CV-01799-MMC