IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MILES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　Defendants. | No. C-15-1799 MMC<br><br>**ORDER DENYING PARTIES' REQUEST TO ENTER CONDITIONAL DISMISAL AS TO DEFENDANT CITY OF OAKLAND; VACATING CONDITIONAL DISMISSAL AS TO SAN LEANDRO DEFENDANTS** |

　　　　Before the Court is the parties' "Stipulated Notice of Settlement Between Plaintiffs and City of Oakland, and Request for Order of Conditional Dismissal," filed March 10, 2016, in which the parties request the Court enter a conditional dismissal of the City of Oakland, the only defendant remaining in the case.

　　　　In light of the parties' anticipated filing of a motion for a minors' compromise, the Court finds it appropriate to defer entry of such dispositive order until said motion has been resolved, and, accordingly, the parties' request for a conditional dismissal is hereby DENIED without prejudice. For the same reasons, the Court finds it appropriate to vacate its Order of Conditional Dismissal, filed January 4, 2016, as to the San Leandro defendants, and said order is hereby VACATED pending resolution of the anticipated motion for a minor's compromise as to said defendants.

　　　　**IT IS SO ORDERED.**

Dated: March 14, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge