IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MILES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-01799-MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

　　In light of plaintiff Monique Miles's "Application for Approval of Minors' Compromise," filed March 26, 2016, and noticed for hearing on April 22, 2016, the Case Management Conference currently scheduled for April 1, 2016 is hereby VACATED. Unless otherwise ordered, counsel for the respective parties shall appear on April 22, 2016, at 9:00 a.m.

　　**IT IS SO ORDERED.**

Dated: March 29, 2016

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge