DENNIS CUNNINGHAM, State Bar #112910
BEN ROSENFELD, State Bar # 203845
LAW OFFICE OF DENNIS CUNNINGHAM
115 ½ Bartlett Street
San Francisco, CA 94110
Tel:     (415) 285-8091
Fax:    (415) 285-8092
denniscunninghamlaw@gmail.com
ben.rosenfeld@comcast.net

Attorneys for Plaintiffs

**GRANTED**
*Judge Maxine M. Chesney*
Dated: June 21, 2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MONIQUE MILES, *et al.*,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, *et al.*,<br><br>            Defendants. | Case No. 15-cv-01799-MMC<br><br>PLAINTIFFS' STATUS CONFERENCE STATEMENT RE PARTIAL COMPLIANCE WITH COURT'S MAY 2, 2016 ORDER APPROVING MINORS COMPROMISE;<br><br>AND REQUEST FOR CONTINUANCE<br><br>Date:    June 24, 2016<br>Time:   10:30 am.<br>Place:   Courtroom 7, 19th Floor |

On May 2, 2016, the Court conditionally approved plaintiffs' proposed minors compromise, conditional upon plaintiffs' counsel certifying and documenting to the Court by June 17, 2016 that the settlement sums paid to the four minor children have been deposited in accordance with the Court's Order (Doc. #69), else a status conference would be held on June 24, 2016.

For the following reasons, plaintiffs request a four week continuance of the deadline for compliance and the status conference:

Plaintiffs' counsel received settlement checks from both defendants just under two weeks ago, on June 7, 2016.  It then took several more days for counsel to draft checks to plaintiffs.

1

At present, plaintiffs have succeeded in opening and funding IRS 529 college savings accounts on behalf of the three youngest minor plaintiffs: Ajani Brown (age 11), Jordan Brown (age 7), and Jayden Brown (age 5). (The transactions were completed on June 17, 2016; complete documentary proof is still pending.) However, plaintiffs are still in the process of trying to establish and fund a blocked account for the fourth and only other minor plaintiff, Romelle Brown (age 17), two banks having informed his mother and guardian, Plaintiff Monique Miles, on June 18, 2016, that they need to review the request at a higher level.

Plaintiffs' undersigned counsel apologizes for this belated filing (on Sunday, June 19 rather than Friday, June 17), but it was hoped that by waiting (until June 18), counsel could have certified that all transactions were completed. Instead, as explained above, Ms. Miles learned on June 18 that the two banks she visited on behalf of Romelle Brown needed time to review the request.

Wherefore, plaintiffs' request that the Court continue the status conference for four weeks (continuing the deadline for plaintiffs' certification of compliance until one week before that).

Respectfully Submitted,

/s/ - *Ben Rosenfeld*

Dated: June 19, 2016

Ben Rosenfeld
Attorney for Plaintiffs