IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MILES, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 15-cv-01799-MMC<br><br>**ORDER OF DISMISSAL** |

    Plaintiffs and defendants having advised the Court that they have settled all claims in the above-titled action, the Court having approved the minors' compromise provided for in said settlements, and counsel for plaintiffs having certified compliance with the Court's order in connection therewith, the above-titled action is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: July 20, 2016

                                            MAXINE M. CHESNEY<br>                                            United States District Judge